IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICKY LEE WEBB, JR.,           ) | |
|                                ) | |
|    Plaintiff,   ) | |
|                                ) | |
| v.                             ) | CIVIL ACTION NO. 1:08cv676-TMH |
|                                ) | |
| OFFICER BARNES, et al.,        ) | |
|                                ) | |
|    Defendants.  ) | |

**ORDER AND OPINION**

On November 21, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 14). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice for failure of the plaintiff to properly prosecute this action and his failure to comply with the orders of this court.

Done this the 24th day of December, 2008.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE